(Name) Janet Rabb

(Address) 5372 Lenox Drive
San Diego, CA 92114
(City, State, Zip)

(CDC Inmate No.) # 12545391

FILED

2013 DEC 19 AM 9:03

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY DS          DEPUTY

# United States District Court
## Southern District of California

JANET RABB )
(Enter full name of plaintiff in this action.) )
)
Plaintiff, )
)
v. )
SAN DIEGO COUNTY SHERIFF BILL GORE, )
LOS COLINIS MEDICAL DEPARTMENT DIRECT- )
OR OF NURSING, et al., )
)
)
_____, )
(Enter full name of each defendant in this action.) )
Defendant(s). )
)

'13 CV 3097 JLS BGS

Civil Case No. _____
(To be supplied by Court Clerk)

Complaint Under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, **JANET RABB**
(print Plaintiff's name)
, who presently resides at 5372 Lenox Drive,
San Diego, CA 92114           (mailing address or place of confinement)
, were violated by the actions

of the below named individuals. The actions were directed against Plaintiff at Los Colinis Detention Facility
on (dates) Oct. 7, 2012         , and
(institution/place where violation occurred)    (Count 1)    (Count 2)    (Count 3)

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant Sheriff Bill Gore resides in San Diego County,
(name) (County of residence)
and is employed as a Sheriff . This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: While on duty clothed with governmental authority defendant failed to supervise the Nursing Department's Charge Nurses or the Diector of Nurese which was a direct cause of the plaintiff's denial of civil rights and personal injury.

Defendant John Doe resides in San Diego County,
(name) (County of residence)
and is employed as a Director of Nurses . This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: While on duty clothed with governmental authority defendant failed to supervise the Charge Nurses responsible for dening plaintiff(a disable person) who is legally blind medical treatment for one week while plaintiff lay on the cell floor.

Defendant John Doe resides in San Diego County,
(name) (County of residence)
and is employed as a Charge Nurse . This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: While on duty clothed with governmental authority defendant failed to render medical attention to a legally blind inmate under his/her care while plaintiff lay on cell floor for one week.

Defendant John Doe resides in San Diego County,
(name) (County of residence)
and is employed as a Charge Nurse . This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: While on duty clothed with governmental authority defendant denied plaintiff medical attention for one week while blind inmate lay on cell floor in pain.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: **Right to Medical Care**

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

I was an inmate in Los Colinis Detention Facilty from Oct. 7,2012 through February 10,2013 serving a probation violation where I was placed in the medical unit. During the time spent in the medical unit I fell and injured myself due to no disable accommodations including no care person in shower,no rails in bathroom to break a fall.

Plaintiff's second fall was due to no medical attention for the first fall. Deputy Sheriffs found plaintiff unconscious on the bath room floor where she received injuries yet again.

Plaintiff was transfered to over flow which are disciplinary living conditions where plaintiff was injured when she fell from the middle bunk in the cell and lay on the cell floor for one week without receiving medical attention from the nursing staff who refused to render medical attention to plaintiff who is disable.

<u>Count 2</u>: The following civil right has been violated: **Right to be Free fron Cruel and Unusual Punishment**
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

During plaintiff's incarceration at Los Colinis Detention Facility she was denied medical attention for one week while laying on the floor and forced to crawl on acrross the floor for count. Plaintiff was subjected to three different injuries two being in the medical unit and the second in the medical over flow where plaintiff was continuously denied medical treatment.

<u>Count 3</u>: The following civil right has been violated: American with Disabities Act of 1990.
(E.g., right to medical care, access to courts,

§ 1983 SD Form (Rev. 5/98)

4

::ODMA\PCDOCS\WORDPERFECT\22834\1

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b) Name of the court and docket number: _____

(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] _____

(d) Issues raised: _____

_____

_____

_____

(e) Approximate date case was filed: _____

(f) Approximate date of disposition: _____

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.]? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

### E. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): From subjecting inmates to cruel and unusual punishment. Request injunction prohibiting defendants to violate the Americans with Disability Act of 1990.

2. Damages in the sum of $ 2,500,000.00

3. Punitive damages in the sum of $ 2,500,000.00

4. Other:

### F. Demand for Jury Trial

Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

### G. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

I declare under the penalty of perjury that the foregoing is true and correct.

Dec. 17, 2013
Date

_____
Signature of Plaintiff